UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   07-16794-BKC-RAM
MAYLING ALEMAN

                                          Rc #283311

                          CHAPTER 13

        NOTICE OF DEPOSIT OF FUNDS WITH THE
              U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX)  The trustee has a balance of $    24.27   remaining in her bank
      account which represents unpresented checks drawn and mailed to
      debtor(s)/ creditor(s) in the above named case.  Your trustee
      has  made  a  good  faith effort to verify the correct  mailing
      address  for said debtor(s)/Creditor(s) and deliver  the  funds
      before  presenting this notice.  More than sufficient time  has
      passed for these checks to be presented for  payment,  or  the
      creditor  has returned funds  indicating they refuse the funds.

( )   The trustee has a balance of $     .00    remaining in her bank
      account  which  represents small dividends as defined  by  FRBP
      3010.

      Attached and made a part of this notice is a list,  pursuant
to FRBP 3011, of   the   names,   Claim  numbers  and   addresses
of the debtor(s)/creditor(s) and the amounts   to  which  they  are
entitled.

      WHEREFORE,  your trustee hereby gives notice that  the above
stated  sum  has  been  deposited  with  the  Clerk  of the U. S.
Bankruptcy  Court, Southern   District   of Florida, to effect closing
of this estate.

                  **NOV 1 2 2009**
    Date: _____              _____
                                              NANCY N. HERKERT
                                              CHAPTER 13 TRUSTEE

Copies to:

MAYLING ALEMAN
9781 COLONIAL DRIVE
MIAMI, FL 33157

JAMES ALAN POE, ESQ
9500 S DADELAND BLVD
SUITE 610
MIAMI, FL 33156

CHEVRON CREDIT BANK, N.A.
2001 DIAMOND BLVD.
PO BOX 5010, SECT. 230
CONCORD, CA 94524-0010

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                  CASE NO.   07-16794-BKC-RAM
MAYLING ALEMAN

                                        CHAPTER 13


MAYLING ALEMAN

9781 COLONIAL DRIVE
MIAMI, FL 33157


JAMES ALAN POE, ESQ
9500 S DADELAND BLVD
SUITE 610
MIAMI, FL 33156

CHEVRON CREDIT BANK, N.A.      ---------$          24.27
2001 DIAMOND BLVD.
PO BOX 5010, SECT. 230
CONCORD, CA 94524-0010              UNDELIVERABLE/STALE
                                    CLAIM REGISTER# 16

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130